UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

HADIZA ABBA,

                               Plaintiff,

           -against-

THE CITY OF NEW YORK, P.O. DANIEL STELLER and P.O.s "JOHN DOE" #1-5 (said names being fictitious, as the true names are presently unknown), Individually and in their Official Capacities,

                               Defendants.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07 Civ. 3158 (RWS)

      **PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for defendants City of New York and P.O. Daniel Stellar and requests that all future papers in this action be served upon the undersigned at the address stated below.

Dated:  New York, New York
           August 23, 2007

                                          MICHAEL A. CARDOZO
                                          Corporation Counsel of
                                          the City of New York
                                          Attorney for Defendants City of New York and Stellar
                                          100 Church St.
                                          New York, New York  10007
                                          (212) 788-0963
                                          Fax:  (212) 788-9776

                                          By:     s./_____
                                               Prathyusha Reddy (PR5579)
                                               Assistant Corporation Counsel
                                               Special Federal Litigation Division

TO: The Clerk of Court (By ECF)
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

CC: Christopher Galiardo, Esq. (By ECF)
Myers & Galiardo
Attorneys for Plaintiff
Chanin Building
122 East 42nd Street, Suite 2710
New York, New York 10168