UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ x

Abba                    Plaintiff,

- against -                                    O R D E R

                                               07  civ.3158  (RWS)

NYC                     Defendant.
_____ x

Sweet, D.J.,


The parties to this action, by their attorneys, having appeared before this
court at a pretrial conference on ___9/12/07___, pursuant to Rule 16 of the
Federal Rules of Civil Procedure:

Pursuant to _____:

**IT IS HEREBY ORDERED** that:

1.    All motions are to be made returnable at 12:00 noon on Wednesday and in
compliance with the rules of this Court.

2.    The parties shall complete all discovery, inspection and motions by
___2-13-08___, after which no discovery will be conducted and no motion
will be entertained without a showing of special circumstances. Plaintiff[s]
shall submit a draft of the pretrial order to the defendant[s] on or before
the completion of discovery.

3.    The parties shall, in order to prevent delay or interruption of the
trial, have sufficient witnesses present at all times during the trial and
shall perpetuate before trial the direct and cross-examination testimony of
any essential witness.

4.    The parties shall submit to the court trial briefs, a joint proposed
pretrial order, and, if applicable, proposed jury charges and voir dire
requests in accordance with the annexed form and instructions by
___2/27/08___. A final pretrial conference will be held at 4:30 pm
on that date and the action shall be added to the trial calendar published in
the New York Law Journal. Prior to submission of the final pretrial order,
the parties are directed to exchange offers of settlement. The parties are
directed to be ready for trial the day after the pretrial order is due and,
upon receipt of twenty-four hour telephone notice, on any day thereafter.

5.    Adjournments of the dates set forth above will not be granted except for
good cause and upon written application made as soon as the grounds for such
application are known.

6.    Failure to comply with any of the provisions of this order will result
in dismissal of the action, entry of a default judgment, or other appropriate
sanction.

            It is so ordered.

New York, NY
   9 - 12 , 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  9/12/07

ROBERT W. SWEET
U.S.D.J.