UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

Abby,

-v.-

NYC

: 07 Civ. 3158 (RWS)

-------------------------------------------------------------

Please be advised that the ~~conference~~ PTO scheduled for Feb 27, 08 has been rescheduled to March 19, 08 at 4:30pm in Courtroom 18C

Please notify opposing counsel of the change.

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 12/12/07]

SO ORDERED.

Dated: New York, New York
12-12-07

_____
ROBERT W. SWEET
United States District Judge