UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------
Hadiza Abba,

                       Plaintiff(s)        07 Civ. 3158 (RWS)

     vs.

                                                           **ORDER**

The City of New York,
P.O. Daniel Steller,
P.O.'s John Doe #1-5.

                       Defendant(s)
---------------------------------------

Pursuant to the letter submitted to the Court by counsel for defendant dated December 13, 2007 and the Court having been advised that this action is settled, IT IS ORDERED that the Clerk of the Court terminate all pending motions and the action is dismissed.

**IT IS SO ORDERED.**

New York, N. Y.

DATE:  1-4-08

                                               **ROBERT W. SWEET**
                                       **UNITED STATES DISTRICT JUDGE**