UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
HADIZA ABBA,

                                 Plaintiff,

               -against-

THE CITY OF NEW YORK, P.O. DANIEL STELLER
and P.O.s "JOHN DOE" #1-5 (said names being
fictitious, as the true names are presently unknown),
Individually and in their Official Capacities,

                                 Defendants.

------------------------------------------------------------------x

**STIPULATION AND ORDER OF SETTLEMENT AND DISCONTINUANCE**

07 Civ. 3158 (RWS)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/08

       **WHEREAS,** plaintiff Hadiza Abba commenced this action by filing a complaint on or about April 19, 2007, alleging that defendants violated her constitutional rights; and

       **WHEREAS,** defendants have denied any and all liability arising out of plaintiff's allegations; and

       **WHEREAS,** the parties now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **WHEREAS,** plaintiff has authorized counsel to settle this matter as against defendants on the terms enumerated below;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as follows:

       1.    The above-referenced action is hereby dismissed with prejudice, and without costs, expenses, or fees except as provided for in paragraph "2" below.

2. The City of New York hereby agrees to pay plaintiff the sum of **Sixteen Thousand Five Hundred Dollars ($16,500.00)** in full satisfaction of all claims, inclusive of claims for costs, expenses and attorney's fees. In consideration for the payment of this sum, plaintiff agrees to the dismissal of all claims against defendants the City of New York and P.O. Daniel Steller, as well as the officers referred to in the caption as "P.O.s JOHN DOE #1-5," and to release all defendants and any present or former employees or agents of the City of New York from any and all liability, claims, or rights of action that have or could have been alleged by plaintiff in this action arising out of the events alleged in the complaint in this action, including claims for costs, expenses and attorney's fees.

3. Plaintiff shall execute and deliver to defendant City of New York's attorney all documents necessary to effect this settlement, including, without limitation, a General Release and An Affidavit Concerning Liens based on the terms of paragraph 2 above.

4. Nothing contained herein shall be deemed to be an admission by any of the defendants that they have in any manner or way violated plaintiff's rights, or the rights of any other person or entity, as defined in the constitutions, statutes, ordinances, rules or regulations of the United States, the State of New York, or the City of New York or any other rules, regulations or bylaws of any department or subdivision of the City of New York. This stipulation shall not be admissible in, nor is it related to, any other litigation or settlement negotiations.

5. Nothing contained herein shall be deemed to constitute a policy or practice of the City of New York or any agency thereof.

6. This Stipulation and Order contains all the terms and conditions agreed upon by the parties hereto, and no oral agreement entered into at any time nor any written agreement entered into prior to the execution of this Stipulation and Order regarding the subject matter of the instant proceeding shall be deemed to exist, or to bind the parties hereto, or to vary the terms and conditions contained herein.

Dated: New York, New York
       November 30, 2007

| | |
|---|---|
| Christopher Galiardo, Esq. | MICHAEL A. CARDOZO |
| Myers & Galiardo | Corporation Counsel of the City of New York |
| 122 East 42nd Street | Attorney for Defendants |
| Suite 2710 | 100 Church Street |
| New York, New York 10168 | New York, New York 10007 |
| | (212) 788-0963 |
| By: _____ | By: _____ |
| Christopher Galiardo (CG 7265) | Prathyusha Reddy (PR 5579) |
| | Assistant Corporation Counsel |

SO ORDERED:

_____
United States District Judge

- 3 -